PROB 12C
(7/93)

Report Date: February 29, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 8 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eduardo Martinez-Canizal      Case Number: 2:10CR06063-001

Address of Offender: Metropolitan Correctional Center, 808 Union Street, San Diego, CA 92101

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 5/26/2011

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(a) |
| Original Sentence: | Prison - 315 Days; TSR - 12 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom |
| Date Supervision Commenced: | 5/26/2011 |
| Defense Attorney: | Rick Lee Hoffman |
| Date Supervision Expires: | 5/25/2012 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: The above violations will be combined for brevity.
Eduardo Martinez-Canizal is considered in violation of his supervised release as he unlawfully reentered the United States on or about February 27, 2012, and is now pending new Federal charges in the Southern District of California.

According to the criminal complaint filed in U.S. District Court in the Southern District of California, Mr. Martinez-Canizal was one of two individuals located by U.S. Border Patrol agents in Jacuma, California. The defendant was found to be a citizen of Mexico and illegally present in the U.S. He was arrested and transported to the Border Patrol checkpoint for processing. His records check revealed the defendant was most recently deported on

Prob12C
Re: Martinez-Canizal, Eduardo
February 29, 2012
Page 2

June 4, 2011. There was no record that the defendant made any attempt to apply for reentry into the U.S. from the Attorney General or the Secretary of Homeland Security.

A criminal compliant was filed for Mr. Martinez-Canizal in U.S. District Court, in the Southern District of California, San Diego division, on February 28, 2012, under case 3:12 MJ0690-001. He has been charged with reentry of deported alien, in violation of 8 U.S.C. § 1326. According to the defendant's case docket information, Mr. Martinez-Canizal had an initial appearance on February 29, 2012, and remains in the custody of the U.S. Marshals Service.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/29/2012

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/8/12
Date